CO-526
(12/86)

**FILED**

JAN 1 5 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          )
                                  )
              vs.                 )          Criminal No. 08-001-03 (PLF)
                                  )
Ivaylo Vasilev Pletnyov          )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

_____
            Defendant

_____
      Counsel for defendant

I consent:

_____
     United States Attorney

Approved:

_____
            Judge